**Dawn EDLUND, Plaintiff–Appellant,**

v.

**RIDGEDALE AUTOMOTIVE, INC., a Minnesota corporation d/b/a Morrie's Minnetonka Ford and f/k/a Bob Ryan Motors, Inc.; Bob Ryan Motors, Inc., a Minnesota corporation, Defendants–Appellees.**

No. 01–3965.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 9, 2002.

Decided Nov. 5, 2002.

Before MCMILLIAN, LAY, and RILEY, Circuit Judges.

1. The HONORABLE ANN D. MONTGOMERY, United States District Judge for the Dis-

PER CURIAM.

AFFIRMED. *See* 8th Cir. R. 47B.